THE PLAINTIFF INTEND TO ATTACH YOUR PROPERTY, AS SET FORTH IN THE ABOVE MOTION FOR PERMISSION TO DO SO, TO SECURE ANY JUDGMENT OR DECREE THE PLAINTIFF MAY OBTAIN IN THIS ACTION. YOU HAVE THE RIGHT TO OBJECT TO THE ATTACHMENT, AND TO HAVE A HEARING AS TO WHETHER IT SHOULD BE MADE. IF YOU DO WISH TO OBJECT, AND HAVE A HEARING, YOU SHOULD FILE A WRITTEN OBJECTION, DETAILING THE REASONS THEREFORE, TOGETHER WITH A REQUEST FOR A HEARING, WITH THE CLERK OF COURT, NOT LATER THAN WITHIN TEN (10) DAYS FROM THE DATE OF FILING OF THIS PETITION AS PROVIDED BY FED. R. CIV. PRO. R. 64(a) and (b).

     IF YOU FAIL TO OBJECT BY THAT DATE, YOU WILL BE DEEMED TO HAVE WAIVED ANY OBJECTION.

     IF YOU TRANSFER ANY PROPERTY AFTER RECEIVING THIS NOTICE, AND BEFORE THE ATTACHMENT, IF ALLOWED, IS MADE, YOU WILL BE SUBJECT TO THE PROVISIONS OF N.H. R.S.A. § 511-A:6.

     EVEN IF YOU DO NOT OBJECT TO THE ATTACHMENT, YOU SHOULD FILE AN APPEARANCE WITH THE CLERK OF COURT BY _____ UNLESS YOU ARE WILLING THAT THE PLAINTIFF HAVE JUDGMENT BY DEFAULT.

_/s/ Robert A. Shaines_
Robert A. Shaines, Esquire

---

## ORDER

~~The motion to attach is denied.~~

The Plaintiff is granted permission to make the above attachment(s) within __21__ days. _in the amount of $500,000.00_

Date: __6/30/08__   _/s/ Joe Laplante_
                             Justice / U.S. District Ct. Judge