UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Mark J. DeSimone, et al.

                    v.                              Civil No. 08-cv-57-JL

Mary Ellen Corbett, et al.


O R D E R

On June 30, 2008, the Court granted a stay as to all proceedings in this case, except for discovery from fact witnesses, Mr. Corbett, plaintiff's experts, and defendants' economic experts. The stay is in effect until the criminal case against Mary Ellen Corbett is resolved.

Also on June 30, 2008, the Court issued an order that the Motion to Dismiss, Document #9, filed by Mary Ellen Corbett, will be taken under advisement. The Court herewith orders that the Motion to Dismiss is denied without prejudice with the option to reinstate it once the stay is lifted. If defendant Corbett chooses to proceed with the motion once the case is no longer stayed, she may file a notice reinstating the motion; subsequently, the related documents, Document #12, Objection and Document #16, Reply to Objection to Motion shall be reinstated by the Court.

Defense counsel is ordered to file status reports with the Court on or before January 1, 2009 and every 90 days thereafter until the stay is lifted.

SO ORDERED.

December 10 , 2008                    _____
                                     Joseph N. Laplante
                                     United States District Judge


cc:    Laurie Lacoste, Esq.
       Robert Shaines, Esq.
       Paul Kleinman, Esq.