UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mark J. DeSimone

      v.                               Civil No. 08-cv-57-JL

Mary Ellen Corbett and Shawn D. Corbett

**O R D E R**

The Court has been advised that Mary Ellen Corbett and Shawn D. Corbett have filed for relief under the Bankruptcy Code; therefore, pursuant to 11 U.S.C. § 362, the case is automatically stayed.   On request of a party in interest, the Bankruptcy Court may grant relief from this stay.

It is therefore ordered that the counsel for Petitioner in Bankruptcy shall file a status report on January 1 and July 1 of each year until the issues are resolved.  The Court should, of course, immediately be notified upon ultimate resolution of the issues.  Failure to respond will result in the referral of the action to a judicial officer for sanctions which may include imposition of fines.

By the Court,

_____
Joseph N. Laplante
United States District Judge

July 22, 2009

cc:    Laurie A. Lacoste, Esq.
       Robert A. Shaines, Esq.
       Paul B. Kleinman, Esq.